■ MARY BETH SMITH, Respondent, v PAUL F. SCHULTZ, II, Appellant. [913 NYS2d 600]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered October 14, 2009. The order partitioned certain real property.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Carni and Sconiers, JJ.